**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00262-CV**
_____

**JULIA ANN POFF, Appellant**

**V.**

**GINA ANNETTE DARE, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-06-10370**

**MEMORANDUM OPINION**

On July 11, 2025, Julia Poff filed a notice of appeal from a final judgment in a protective order case. After perfecting an appeal, Poff failed to file a brief.

On January 9, 2026, the Clerk of the Ninth Court of Appeals notified the parties that Poff had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by January 20, 2026, Poff filed a brief and a motion to extend the deadline for filing her brief. We warned Poff that if the Court

1

submitted her appeal without briefs, that the Court could dismiss her appeal for want of prosecution.

On February 5, 2026, the Clerk notified the parties that on February 26, 2026, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Poff has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss the appeal for want of prosecution. *See id.* 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 26, 2026
Opinion Delivered March 5, 2026

Before Golemon, C.J., Wright and Chambers, JJ.

2